UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

IN RE: YASMIN AND YAZ (DROSPIRENONE)         )
MARKETING, SALES PRACTICES AND               )   3:09-md-02100-DRH-PMF
PRODUCTS LIABILITY LITIGATION                )   MDL No. 2100

This Document Relates To:

Nancy Ayers Duff v. Bayer Corp., et al, - No. 10-CV-11293-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed by the parties on April 12, 2011, plaintiff's complaint is with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:      /s/*Sandy Pannier*
              Deputy Clerk

Dated: April 18, 2011

Digitally signed by David R. Herndon
Date: 2011.04.18 15:55:42 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**